

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00389-CR

**EX PARTE** Jefferson Rafael Fernandez **MARTINEZ**

From the County Court, Kinney County, Texas
Trial Court No. 10379-CR
Honorable Roland Andrade, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the motion to dismiss is GRANTED and this appeal is DISMISSED.

SIGNED August 3, 2022.

_____
Rebeca C. Martinez, Chief Justice